UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY TAYLOR,

                Petitioner,           Civ. No. 02-74030
                                                                   Crim. No. 97-80620
vs.                                                                Hon. Gerald E. Rosen

UNITED STATES OF AMERICA,

                Respondent.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND
<u>DISMISSING PETITIONER'S §2255 ACTION</u>

                At a session of said Court, held in
                the U.S. Courthouse, Detroit, Michigan
                on _____

                PRESENT: Honorable Gerald E. Rosen
                                  United States District Judge

        This matter having come before the Court on the August 10, 2005 Report and Recommendation of United States Magistrate Judge Steven D. Pepe, recommending that the Court deny Petitioner Anthony Taylor's § 2255 Motion to Vacate, Set Aside or Correct his Sentence and that this case, accordingly, be dismissed; and Petitioner having timely filed Objections to the Magistrate Judge's Report and Recommendation; and the Court having reviewed the Magistrate Judge's Report and Recommendation, Petitioner's Objections, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, the Petitioner's § 2255 motion should be denied and this action, accordingly, should be dismissed; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of August 10, 2005 be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Petitioner Anthony Taylor's § 2255 Motion be, and hereby is, DENIED, and the above-captioned § 2255 action is, accordingly, DISMISSED.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: August 31, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 31, 2005, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager