UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY TAYLOR,

        Petitioner,        Civ. No. 02-74030
                                          Crim. No. 97-80620
vs.                                             Hon. Gerald E. Rosen

UNITED STATES OF AMERICA,

        Respondent.
_____/

## JUDGMENT

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on _____

        PRESENT: Honorable Gerald E. Rosen
                            United States District Judge

    The Court having this date entered an Order adopting the Magistrate Judge's

Report and Recommendation and denying Petitioner's § 2255 motion,

    NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND

DECREED that Petitioner's § 2255 action be, and hereby is, DISMISSED.

                                    s/Gerald E. Rosen
                                    Gerald E. Rosen
                                    United States District Judge

Dated: August 31, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 31, 2005, by electronic and/or ordinary mail.

                                    s/LaShawn R. Saulsberry
                                    Case Manager