UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,           No. 02-CV-74030-DT
                                97-CR-80620-06
vs.
                                Hon. Gerald E. Rosen

ANTHONY TAYLOR,

        Defendant.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND DENYING
DEFENDANT'S REQUEST FOR A CERTIFICATE OF APPEALABILITY

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on      December 21, 2005

        PRESENT: Honorable Gerald E. Rosen
                            United States District Judge

        This matter having come before the Court on the October 31, 2005 Report and Recommendation of United States Magistrate Judge Steven D. Pepe recommending that the Court deny Defendant's request for a certificate of appealability; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Defendant's request for a certificate of appealability should be denied; and the Court being otherwise fully advised in the premises,

        NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report

and Recommendation of October 31,, 2005 be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendant's request for certificate of appealbility be, and hereby is DENIED.


s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: December 21, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 21, 2005, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager